THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERYLE HOSKINS BIGELOW,<br><br>               Plaintiff,<br><br>    v.<br><br>AMERICAN MEDICAL SYSTEMS INC, *et al.*,<br><br>               Defendants. | CASE NO. C22-5157-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's Notice of Related Cases (Dkt. No. 9). According to the notice, the above-captioned case is related to *Foster v. American Medical Systems, Inc., et al.*, C21-0306-SAB and *Birdwell v. American Medical Systems, Inc., et al.*, C22-5037-SAB. *See* Local Civ. R. 3(g). Those cases involve the same Plaintiff's counsel, the same Defendants, and the same Washington State claims related to pelvic mesh products. (*Compare* Dkt. No. 1, *with Foster*, C21-0306-SAB and *Birdwell*, C22-5037-SAB.) Accordingly, the Court concludes that it is in the interest of judicial economy to transfer the instant action to the United States District Court for the Eastern District of Washington and that this is also a proper venue to adjudicate the matter. *See* 28 U.S.C. § 1391(b).

1   The Court hereby DIRECTS the Clerk to TRANSFER this case to the Honorable Stanley
2 A. Bastian as related to case numbers C21-0306-SAB and C22-5037-SAB. The Clerk is
3 DIRECTED to take the steps necessary to transfer this case. The Clerk is further DIRECTED to
4 send copies of this order to Plaintiff.
5   DATED this 16th day of May 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
